AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

U.S.A

v.

Roberto Oliva

APPEARANCE CR 06-69T

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Roberto Oliva

I certify that I am admitted to practice in this court.

6-9-06

*Date*

*Signature*

*Print Name* 3350 *Bar Number*

387 atwells

*Address*

Prov R.I. 02909

*City* *State* *Zip Code*

273-5600

*Phone Number* *Fax Number*

m was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.