# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. CR 06-69-02T***

RECEIVED

JUN 0 8 2006

US MARSHALS
RHODE ISLAND

***To:*** ***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **ROBERTO OLIVO,** by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **8:30 o'clock a.m.**, on the **9th** day of **June, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

**I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.**

**Deputy U.S. Marshal**

WITNESS the Honorable **Lincoln D. Almond**

United States Magistrate Judge at Providence, RI
Dated: June 8, 2006.

David A. DiMarzio, Clerk

Arraignment is scheduled for
2:00 P.M.

***By***
***Martha Saucier - Deputy Clerk***