AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

ROBERTO E. OLIVO

## WARRANT FOR ARREST

CASE NUMBER: CR 06-69-01T

RECEIVED
JUN 07 2006
US MARSHALS
RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROBERTO E. OLIVO
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to distribute and to possess with intent to distribute heroin

in violation of Title 21 United States Code, Section(s) 846; 841(a)(1)&(b)(1)(A)

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Martha Saucier
Signature of Issuing Officer

June 7, 2006, Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

RETURN

at ACI on writ; returned to ACI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 06/07/2006 | CJ Wyant | Hal Wyant |
| DATE OF ARREST: 06/09/2006 | SDUSM | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.