IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 06-069-02T |
| | ) | |
| ROBERTO E. OLIVO | ) | |

GOVERNMENT'S UNOPPOSED MOTION TO AMEND THE INDICTMENT

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Sandra R. Beckner, Assistant United States Attorney, and hereby moves to amend Count Two of the Indictment to substitute "100 grams and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, all in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 18 U.S.C. § 2," for the language which reads "one (1) kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, all in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(A) and 18 U.S.C. § 2."

In Count Two of the Indictment the defendant is charged with aiding and abetting the possession with the intent to distribute one kilogram or more of heroin in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(A). Today, the undersigned received the laboratory results indicating that agents seized 981.9 grams of a mixture and substance containing a detectable amount of heroin, as opposed to 1,000 grams of heroin. Accordingly, the

government, without objection of the defense, makes this motion to amend Count Two of the indictment to state a violation of 21 U.S.C. § 841(a)(1) & (b)(1)(B).

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/SANDRA R. BECKNER
Assistant U.S. Attorney

CERTIFICATION

I hereby certify that on the 1st day of August, 2006, I mailed a true copy of the Government's Unopposed Motion to Amend the Indictment to:

Mr. John M. Cicilline
Attorney at Law
387 Atwells Avenue
Providence, Rhode Island 02909

/s/KAREN E. MISZKIEWICZ