ACCORDING TO ADMINISTRATIVE PROCEDURE 4(a)(1), THIS DOCUMENT SHOULD HAVE BEEN FILED CONVENTIONALLY AND HAS BEEN REMOVED FROM THE DOCKET.