IN THE DISTRICT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | )  CR-06-069-02T |
| | ) |
| ROBERTO E. OLIVO | ) |

<u>ORDER OF DISCLOSURE</u>

This matter having come before the court pursuant to the motion of the United States of America, which motion requested that an Order be issued;

(1) Directing SPRINT-NEXTEL, an electronic communication service as defined in 18 U.S.C. §2510(15), to furnish forthwith, pursuant to 18 U.S.C. §§ 2703(c) and (d), to any authorized representative of the Drug Enforcement Administration ("DEA"), the following records for the period of December 1, 2005 to May 27, 2006:

(a) Subscriber and Billing information, including subscriber name, address, and length of service, for phone number (774) 849-1210;

(b) All incoming calls including time of call and call duration for phone number (774) 849-1210;

(c) All outgoing calls (numbers dialed), including time of call and call duration for phone number (774) 849-1210;

(d) Subscriber, IMSI, ESN, SIM, and billing information for the specified cellular/wireless telephone; and,

(e) Subscriber, IMSI, ESN, SIM and billing information

1

for any other cellular/wireless telephones on the same account as the Target Telephone or that may be identified from these records for the duration of the Court's Order.

(2) Directing SPRINT-NEXTEL, an electronic communication service as defined in 18 U.S.C. §2510(15), to furnish forthwith, pursuant to 18 U.S.C. §§ 2703(c) and (d), to any authorized representative of the DEA, the following information regarding cell site for phone number (774) 849-1210 for the period of May 26, 2006 to May 27, 2006:

(a) Cell site activation;

(b) Signaling information;

(c) A listing of all control channels and their corresponding cell-sites; and,

(d) An engineering map, showing all cell-site tower locations, sectors, and orientations.

Pursuant to 18 U.S.C. §§ 2703(c) and (d), Applicant has offered specific and articulable facts showing that there are reasonable grounds and probable cause to believe that subscriber information for dialing, routing, addressing, and signaling information, (not including the contents of any communication) transmitted to and from the Target Telephone number and cell site information is relevant and material to an ongoing criminal investigation of violations of 21 U.S.C. § 841 (violations of the Controlled Substance Act).

IT IS ORDERED pursuant to 18 U.S.C. §§2703(c) and (d) that SPRINT-NEXTEL, an electronic communications service as defined in 18 U.S.C. §2510(15), furnish forthwith to any authorized representative of the DEA the aforementioned telephone records which are relevant to this ongoing investigation.

IT IS FURTHER ORDERED that the normal operations of SPRINT-NEXTEL not be disrupted.

__8/2/06__
DATE

_Ernest C Torres_
ERNEST C. TORRES
CHIEF JUDGE
UNITED STATES DISTRICT COURT