**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Cr. No. 06-069-02T** |
| | : | |
| **ROBERTO E. OLIVO** | : | |

**GOVERNMENT'S NOTICE PURSUANT TO FED.R.EVID. 404(b)**

Based upon the first sentence of the defendant's pretrial memorandum filed on October 16, 2006, seemingly claiming a lack of knowledge of the heroin transported by the defendant, the government hereby gives notice of its intent to introduce the following evidence in the trial of United States v. Roberto E. Olivo:

On February 7, 2003, near Rochester, New York, the defendant was stopped on the New York Thruway driving a vehicle containing four kilograms of cocaine.

Although the government does not intend to introduce the above-described evidence in its case-in-chief, the government reserves the right to introduce such evidence pursuant to Fed.R.Evid. 404(b) depending upon any cross-examination of the government's witnesses and/or evidence introduced by the defendant during his own case-in-chief raising the issue of the

defendant's knowledge of the heroin. The government will ask to approach the bench prior to inquiring of any witness regarding such matters.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
New York Bar
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
sandra.beckner@usdoj.gov

Certificate of Service

I hereby certify that on the 16th day of October, 2006, a copy of the within "404(b) Notice" was e-served on Mr. John M. Cicilline, 387 Atwells Avenue, Providence, RI 02909.

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
New York Bar
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
sandra.beckner@usdoj.gov