**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.** C.R. No. 06-069-02T

**ROBERTO E. OLIVO**

# VERDICT

WE THE JURY FIND THE DEFENDANT (Check one)

ROBERTO E. OLIVO: Guilty Not Guilty

**Count 1** : 21 U.S.C. § 846

| | Guilty | Not Guilty |
|---|---|---|
| Conspiracy to possess heroin with intent to distribute | X | ______ |

If you find the defendant guilty under this Count, please state whether the quantity of heroin involved was:

X 1,000 grams or more

______ 100 grams or more but less than 1,000 grams

______ Less than 100 grams

**Count 2** : 21 U.S.C. § 841(a)(1)
and 18 U.S.C. § 2

Possession with intent to distribute heroin or aiding and abetting in possession of heroin with intent to distribute ✓ ______ ______

If you find the defendant guilty under this Count, please state whether the quantity of heroin involved was:

______ 1,000 grams or more

✓ 100 grams or more but less than 1,000 grams

______ Less than 100 grams