AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

United States of America v. Roberto Olivo

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR06-69-02T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Sandra Beckner, AUSA | John M. Cicilline, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/17/2006-10/19/2006 | Debra Lajoie | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS, AND WITNESSES |
|---|---|---|---|---|---|
| | | 10/17/06 | | | W-1 Michael S. Naylor |
| 4 | | 10/17/06 | X | FULL | Photograph - 17 Hempstead Street |
| 14 | | 10/17/06 | X | FULL | Aerial of 17 Hempstead Street |
| 15 | | 10/17/06 | X | FULL | Photograph - Dumpster at 17 Hempstead Street |
| 16 | | 10/17/06 | X | FULL | Photograph - Warehouse Parking Lot |
| 5 | | 10/17/06 | X | FULL | Photograph - Honda |
| 17 | | 10/17/06 | X | FULL | Photograph - Driveway of 17 Hempstead |
| 18 | | 10/17/06 | X | FULL | Photograph - Spotlight |
| 19 | | 10/17/06 | X | FULL | Photograph - Spotlight (close-up) |
| 20 | | 10/17/06 | X | FULL | Photograph - Front View of 17 Hempstead |
| 21 | | 10/17/06 | X | FULL | Photograph - Lamp (close-up) |
| 6 | | 10/17/06 | X | FULL | Photograph - Rear of Honda |
| 7 | | 10/17/06 | X | FULL | Photograph - Lift |
| 8 | | 10/17/06 | X | FULL | Photograph - Hide |
| 22 | | 10/17/06 | X | FULL | Photograph - Phonebook screen on (774) 849-1210 |
| 23 | | 10/17/06 | X | FULL | Photograph - Phonebook screen on (646) 796-7747 |
| 2 | | 10/17/06 | X | FULL | Sprint - NEXTEL Records : (774) 849-1210 |
| 24 | | 10/17/06 | X | FULL | Cell Site Exhibit |
| 1 | | 10/17/06 | X | FULL | Heroin and Packaging |
| 13 | | 10/17/06 | X | FULL | Photograph - Bag and Heroin |
| 25 | | 10/17/06 | X | FULL | Stipulation |
| A1 | | 10/17/06 | X | FULL | Photograph |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Roberto Olivo

CASE NUMBER: CR06-69-02T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | A2 | 10/18/06 | X | FULL | Photograph |
| | A3 | 10/18/06 | X | FULL | Photograph |
| | A4 | 10/18/06 | X | FULL | Photograph |
| | A5 | 10/18/06 | X | FULL | Photograph |
| 3 | | 10/18/06 | X | FULL | Sprint - NEXTEL Records : (646) 796-7747 |
| | | 10/18/06 | | | W-2 Ambioris Falette |
| | | 10/18/06 | | | W-3 Karl Jacobson |
| | | 10/18/06 | | | W-4 Jamie Schiffer |
| | | 10/18/06 | | | W-5 Daniel MacIsaac |
| 10 | | 10/18/06 | X | FULL | Photograph - Passenger Side of Van |
| 11 | | 10/18/06 | X | FULL | Photograph - Bag in Drawer |
| 12 | | 10/18/06 | X | FULL | Photograph - Bag containing heroin |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |