IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 06-069T |
| | ) | |
| ROBERTO E. OLIVO | ) | |

GOVERNMENT'S MOTION TO RELEASE EVIDENCE

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Sandra R. Beckner, Assistant United States Attorney, and moves the Court to release the following item which was admitted into evidence during trial in the above entitled matter: Exhibit 1 (heroin and packaging). In support of its motion the government states that, because this exhibit consists of a controlled substance, it would be more safely stored by the Drug Enforcement Administration (DEA) in its evidence vault. The DEA normally maintains custody of this evidence following a trial until the conclusion of any appeal or collateral attack. The evidence will be kept in a secured location and will be returned to court for future proceedings, should the need arise.

Respectfully submitted,
UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel(401)709-5000/Fax(401)709-5001
email sandra.beckner@usdoj.gov

CERTIFICATION OF SERVICE

On this 8th day of February, 2007, I caused the Government's Motion to Release Evidence to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

John M. Cicilline, Esquire
381 Atwells Avenue
Providence, RI 02909

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email sandra.beckner@usdoj.gov