**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **CR No. : 06-69-02-T** |
| | : | |
| **ROBERTO OLIVO** | : | **March 16, 2007** |

## NOTICE OF APPEAL

Notice is hereby given of the defendants Appeal from judgment of conviction entered as an order of this Court the 9th day of March 2007.

Respectfully submitted,
**ROBERTO OLIVO**,
By his Attorney,

/s/ *JOHN M CICILLINE*
John M. Cicilline, Esq. #3350
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

## CERTIFICATION

I hereby certify that on March 16, 2007 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN M. CICILLINE*