**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **VS.** | **:** | **Case No. 1:06-cr-00069-02-T** |
| | **:** | |
| **ROBERTO OLIVO** | **:** | **April 19, 2007** |

## MOTION TO WITHDRAW

Now comes John F. Cicilline in the above-entitled cause and moves to withdraw as counsel for the defendant Ancelmo Castillo.

Respectfully submitted,
**ROBERTO OLIVO**,
By his Attorney,

/s/ *JOHN M CICILLINE*

John M. Cicilline, Esq. #3350
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jmcicilline387@aol.com

## CERTIFICATION

I hereby certify that on April 30, 2007 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN M. CICILLINE*