# United States District Court
# for the District of Rhode Island

UNITED STATES OF AMERICA

vs. Case No. CR06-69-02T

ROBERTO E. OLIVO

## RETURN RECEIPT FOR EXHIBITS

Government Exhibit # 1 - Heroin and Packaging (Two packages banded together and marked as one exhibit) released into the custody of the Drug Enforcement Agency (DEA), Providence Resident Office pursuant to the March 5, 2007 Order of Judge Ernest C. Torres

David A. DiMarzio
Clerk of Court

Received by: Anthony Cardello

By: Lucia Cristina Legrand
Deputy Clerk

Print Name: Anthony Cardello

Date: 4/30/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) Cr. No. 06-069T
)
ROBERTO E. OLIVO )

ORDER

This Court has reviewed the Government's Motion to Release Evidence, and, having received no objection by the Defendant, it is hereby ORDERED:

Exhibit 1 (heroin and packaging), which was admitted into evidence at trial in the above entitled matter, is to be released to the custody of the Drug Enforcement Administration (DEA), Providence Resident Office. The DEA shall preserve and maintain custody of said items until this Court orders otherwise.

BY ORDER:

DEPUTY CLERK

ENTER:

ERNEST C. TORRES
DISTRICT COURT JUDGE
UNITED STATES DISTRICT COURT

DATE: 3/5/07