UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

July 20, 2007

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: ***USA v. ROBERTO OLIVO***
***USDC CR 06-69T*** ***USCA:07-1711***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: *Lucia Cristina Leyva*
Lucia Cristina Leyva
DEPUTY CLERK

enclosed: Doc. #69 - Transcripts of Proceedings (Excerpts from Jury Trial) held October 17 and 18, 2006 before Judge Ernest C. Torres: Volume I - Excerpt from Jury Trial held October 17, 2006; Volume II - Excerpt from Jury Trial held October 18, 2006; Certified Copy of Docket.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

July 20, 2007

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: ***USA v. ROBERTO OLIVO***
***USDC CR 06-69T*** ***USCA:07-1711***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: *Lucia Cristina Leyva*
Lucia Cristina Leyva
DEPUTY CLERK

enclosed: Doc. #69 - Transcripts of Proceedings (Excerpts from Jury Trial) held October 17 and 18, 2006 before Judge Ernest C. Torres: Volume I - Excerpt from Jury Trial held October 17, 2006; Volume II - Excerpt from Jury Trial held October 18, 2006; Certified Copy of Docket.