# United States Court of Appeals

## For the First Circuit

---

No. 07-1544
DC RI No. 06-00069

UNITED STATES,

Appellee,

v.

ROBERTO E. OLIVO,

Defendant, Appellant.

---

**ORDER OF COURT**
**Entered: November 5, 2007**
**Pursuant to 1st Cir. R. 27.0(d)**

Treating appellant's financial affidavit, with attached prison trust account statement, as a motion to proceed on appeal in forma pauperis ("IFP"), we transmit said request to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted IFP status by the district court, he may file a motion to proceed IFP in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

By the Court:

Richard Cushing Donovan, Clerk

MARGARET CARTER
By: ____________________
Chief Deputy Clerk

I HEREBY CERTIFY ... IS A TRUE AND ... THE ORIGINAL ... AND IN MY ...
FIRST CIRCUIT COURT ... BOSTON, MA
By: ____ Date: 11-13-07

[Certified copies to: Judge Ernest C. Torres, David DiMarzio, Clerk of the U.S. District Court for the District of Rhode Island]
[cc: John M. Cicilline, Esq., Sandra Beckner, AUSA, Donald Lockhart, AUSA]