cr

# Affidavit to Accompany
# Motion for Leave to Appeal in Forma Pauperis

2007 OCT 29 P 4:40

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

District Court No. 06-669
Appeal No. 07-1544

COPY

v.

| **Affidavit in Support of Motion** | **Instructions** |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| **Signed:** Roberto Olivo | **Date:** Roberto Olivo |

**My issues on appeal are:**

*1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $20.00 | $2400 | $20.00 | $2400 |
| Self-employment | $Ø | $Ø | $Ø | $Ø |
| Income from real property (such as rental income) | $Ø | $Ø | $Ø | $Ø |
| Interest and dividends | $Ø | $Ø | $Ø | $Ø |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ Ø | $ Ø | $ Ø | $ Ø |
| Alimony | $ Ø | $ Ø | $ Ø | $ Ø |
| Child support | $ Ø | $ Ø | $ Ø | $ Ø |
| Retirement (such as social security, pensions, annuities, insurance | $ Ø | $ Ø | $ Ø | $ Ø |
| Disability (such as social security, insurance payments) | $ Ø | $ Ø | $ Ø | $ Ø |
| Unemployment payments | $ Ø | $ Ø | $ Ø | $ Ø |
| Public-assistance (such as welfare) | $ Ø | $ 472.00 | $ Ø | $ 472.00 |
| Other (specify): Comensory | $ 320. | $ Ø | $ 320.00 | $ Ø |
| Total Monthly income: | $ 340 | $ 2872. | $ 340.00 | $ 2872.00 |

*2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Mitrano Landscaping | Nutley, NJ | 97-99 | 2000.00 |
| Vitor Construction | Lawrence, MA | 2003-05 | 2000.00 |
| | | | |

*3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Burger King Corp | 5/18/03 | 5/18/03 - 2/1/07 | 2392.00 |
| Janco | 2 | 2/16/07-present | 2400.00 |
| | | | |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | **You** | **Spouse** |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home)<br>Are any real estate taxes included? ☐ Yes ☒ No<br>Is property insurance included? ☐ Yes ☒ No | $ Ø | $ 1200.00 |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 200. | $ 300 |
| Home maintenance (repairs and upkeep) | $ Ø | $ Ø |
| Food | $ 120. | $ 200. |
| Clothing | $ Ø | $ 200. |
| Laundry and dry-cleaning | $ Ø | $ Ø |
| Medical and dental expenses | $ Ø | $ Ø |
| Transportation (not including motor vehicle payments) | $ Ø | $ 160. |
| Recreation, entertainment, newspapers, magazines, etc. | $ Ø | $ Ø |
| Insurance (not deducted from wages or included in Mortgage payments) | $ Ø | $ Ø |
| Homeowner's or renter's | $ Ø | $ Ø |
| Life | $ Ø | $ Ø |
| Health | $ Ø | $ Ø |
| Motor Vehicle | $ Ø | $ Ø |
| Other:__________ | $ Ø | $ Ø |
| Taxes (not deducted from wages or included in Mortgage payments)(specify):__________ | $ Ø | $ Ø |
| Installment payments | $ Ø | $ Ø |
| Motor Vehicle | $ Ø | $ Ø |
| Credit card (name): N/A | $ Ø | $ Ø |
| Department store (name): N/A | $ Ø | $ Ø |
| Other:__________ | $ Ø | $ Ø |

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ Ø | $ Ø |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ Ø | $ Ø |
| Other (specify):__________ | $ Ø | $ Ø |
| **Total monthly expenses**: | $320 | $2160. |

*9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*

☐ Yes ☐ No If yes, describe on an attached sheet.

*10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* ☐ Yes ☒ No

If yes, how much? $__________

If yes, state the attorney's name, address, and telephone number:

N/A

*11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*

☐ Yes ☒ No

If yes, how much? $__________

If yes, state the person's name, address, and telephone number:

N/A

*12.Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

*13. State the address of your legal residence.* Buffalo Federal Detention Facility.
4250 Federal Drive, Batavia, NY 14020

Your daytime phone number: (____) ________________

Your age: 30 Your years of schooling: 8